IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ERIC WILLIAMS**                                                                                       **PLAINTIFF**
**ADC #168782**

v.                                         Case No. 4:20-cv-00110-KGB

**COVENANT RECOVERY REENTRY**                                                 **DEFENDANT**

## JUDGMENT

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that plaintiff Eric Williams' complaint is dismissed without prejudice. The relief sought is denied. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal taken from this Judgment would not be taken in good faith.

So adjudged this 8th day of January, 2021.

*[signature]*
Kristine G. Baker
United States District Judge